IN THE UNITED STATES DISTRICT COURT

**FILED**

**2007 MAY 31  P 4:05**

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST OF CA, S.J

| | |
|---|---|
| IN RE: LETICIA I. ACAYA //, | No. C-07-02851 JF |
| | NOTICE OF FILING OF BANKRUPTCY |
| Plaintiff, | APPEAL AND ORDER SETTING STATUS |
| | CONFERENCE |
| v. | |
| RE: LETICIA I. ACAYA //, | |
| Defendant. | |

RE:

Bankruptcy Case: 06-51741-MM
Adversary No.:
BAP No.:
Appellant: Wells Fargo Financial Acceptance

The appeal has been assigned the following case number C-07-02851 JF before the Honorable Jeremy Fogel.

Upon the completion by parties of the perfection of the record pursuant to BR 8006 and 8007, the Bankruptcy Court will transmit a copy of the record on appeal to this court for docketing and issuance of a briefing schedule.

This matter is calendared for status conference on 8/31/2007 in Courtroom 3, 5th Floor, SJ.

This date will stand vacated upon the filing in this Court of the record on appeal, at which time a briefing schedule will issue.

Dated: May 31, 2007

For the Court
Richard W. Wieking, Clerk

Sandy Morris

By: Deputy Clerk

cc: USBC
    Counsel of Record