UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IN RE: LETICIA I. ACAYA

Case Number: CV07-02851 JF

**CERTIFICATE OF SERVICE**

_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 1, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Office of the U.S. Trustee/San Jose
United States Federal Building
280 South First Street
#268
San Jose, CA 95113-3004

USBC Manager-San Jose
US Bankruptcy Court
280 South First Street
Room 3035
San Jose, CA 95113

Arthur S. Weissbrodt
U.S. Bankruptcy Court
280 South First Street
Room 3035
San Jose, CA 95113

David G. Epstein
Haynes and Boonie LLP
901 Main Street
Dallas, TX 75202

Devin Berham-Burk
Chapter 13 Trustee
Post Office Box 50013
San Jose, CA 95150

Donald Hogan Cram
SEVERSON & WERSON
One Embarcadero Center
26th Floor
San Francisco, CA 94111

Duane M. Geck
Severson & Werson
One Embarcadero Center
26th Floor
San Francisco, CA 94111

Rodney Michael Kleman
Lawe Offices of Rodney M. Kleman
400 Camino El Estero
Monterey, CA 93940

Dated: June 1, 2007

                                                Richard W. Wieking, Clerk
                                                By: Sandy Morris, Deputy Clerk