| | |
|---|---|
| 1 | DONALD H. CRAM, III (State Bar No. 160004) |
| | DUANE M. GECK (State Bar No. 114823) |
| 2 | SEVERSON & WERSON |
| | A Professional Corporation |
| 3 | One Embarcadero Center, Suite 2600 |
| | San Francisco, CA  94111 |
| 4 | Telephone:  (415) 398-3344 |
| | Facsimile:  (415) 956-0439 |
| 5 | |
| | Attorneys for Secured Creditor |
| 6 | WELLS FARGO FINANCIAL ACCEPTANCE |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| In re: | ) | No.   C07-02851-JF |
| | ) | |
| LETICIA I. ACAYA, | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| Debtor. | ) | |
| ──────────────────────────── | ) | |
| | ) | |
| WELLS FARGO FINANCIAL ACCEPTANCE, | ) | Status Conference - |
| | ) | |
| Appellant, | ) | Date:  August 31, 2007 |
| | ) | Time:  10:30 a.m. |
| v. | ) | Place:  Courtroom 3 |
| | ) | Judge:  The Honorable Jeremy Fogel |
| LETICIA I. ACAYA, | ) | |
| | ) | |
| Appellee. | ) | |
| ──────────────────────────── | ) | |

    I, the undersigned, declare that I am over the age of 18 and am not a party to this action.  I am employed in the City and County of San Francisco, California; my business address is Severson & Werson, One Embarcadero Center, Suite 2600, San Francisco, California 94111.

    On the date below, I served a copy, with all exhibits (if any), of the following document(s):

- **APPELLANT'S REQUEST FOR CERTIFICATION OF APPEAL DIRECTLY TO THE NINTH CIRCUIT COURT OF APPEALS**

10749/0000/600824.1

1  on all interested parties in said case addressed as follows:

2  Rodney M. Kleman, Esq.
   Law Offices of Rodney M. Kleman
3  400 Camino El Estero
   Monterey, CA 93940
4

5  [X] **(BY MAIL)**  I caused an envelope to be deposited in the mail at San Francisco, California,

6  with first class postage thereon fully prepaid.

7       I am readily familiar with Severson & Werson's practice of collecting and processing

8  correspondence for mailing.  On the same day that correspondence is placed for collection and

9  mailing, it is deposited in the ordinary course of business with the United States Postal Service in

10 sealed envelopes with first class postage fully prepaid.

11      I declare under penalty of perjury under the laws of the United States of America that the

12 foregoing is true and correct.  This declaration is executed in San Francisco, California, on July

13 12, 2007.

14

15                              /s/ Bill Bush
                                Bill Bush
16

17

18

19

20

21

22

23

24

25

26

27

28 10749/0000/600824.1