1  DONALD H. CRAM, III (State Bar No. 160004)
   DUANE M. GECK (State Bar No. 114823)
2  SEVERSON & WERSON
   A Professional Corporation
3  One Embarcadero Center, Suite 2600
   San Francisco, CA  94111
4  Telephone:  (415) 398-3344
   Facsimile:  (415) 956-0439
5
   Attorneys for Secured Creditor
6  WELLS FARGO FINANCIAL ACCEPTANCE

7              UNITED STATES DISTRICT COURT

8         FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                  SAN JOSE DIVISION

10 In re:                          )   No.  C07-02851-JF
                                   )
11 LETICIA I. ACAYA,               )   **CERTIFICATE OF SERVICE**
                                   )
12         Debtor.                 )
   _____ )
13                                 )
                                   )
14 WELLS FARGO FINANCIAL           )   Status Conference -
   ACCEPTANCE,                     )
15                                 )   Date:  August 31, 2007
              Appellant,           )   Time:  10:30 a.m.
16 v.                              )   Place:  Courtroom 3
                                   )   Judge:  The Honorable Jeremy Fogel
17 LETICIA I. ACAYA,               )
                                   )
18         Appellee.               )
   _____ )
19

20        I, the undersigned, declare that I am over the age of 18 and am not a party to this action.  I

21 am employed in the City and County of San Francisco, California; my business address is

22 Severson & Werson, One Embarcadero Center, Suite 2600, San Francisco, California 94111.

23        On the date below, I served a copy, with all exhibits (if any), of the following

24 document(s):

25   • **JOINT REQUEST FOR CERTIFICATION OF APPEAL
       DIRECTLY TO THE NINTH CIRCUIT COURT OF APPEALS**
26
   on all interested parties in said case addressed as follows:
27

28 10749/0000/600824.1

1

Rodney M. Kleman, Esq.                USBC Manager – San Jose
Law Offices of Rodney M. Kleman       US Bankruptcy Court

2

400 Camino El Estero                  280 South First Street, Room 3035
Monterey, CA 93940                    San Jose, CA 95113

3

4

Devin Derham-Burk                     Office of the U.S. Trustee
P.O. Box 50013                        United States Federal Building

5

San Jose, CA 95150                    280 South First Street, Room 268
                                      San Jose, CA 95113

6

7      [X] **(BY MAIL)**  I caused an envelope to be deposited in the mail at San Francisco, California,

8      with first class postage thereon fully prepaid.

9          I am readily familiar with Severson & Werson's practice of collecting and processing

10     correspondence for mailing.  On the same day that correspondence is placed for collection and

11     mailing, it is deposited in the ordinary course of business with the United States Postal Service in

12     sealed envelopes with first class postage fully prepaid.

13         I declare under penalty of perjury under the laws of the United States of America that the

14     foregoing is true and correct.  This declaration is executed in San Francisco, California, on July

15     16, 2007.

16

17                                   /s/ Bill Bush
                                     Bill Bush

18

19

20

21

22

23

24

25

26

27

28