1

2

3                    UNITED STATES DISTRICT COURT

4              FOR THE NORTHERN DISTRICT OF CALIFORNIA

5                          SAN JOSE DIVISION

6

7

8    LETICIA ACAYA,                        Case Number CV-07-2851-JF
              Plaintiff,
     V.                                    Status Conference
9
     WELLS FARGO FINANCIAL,                    October 5, 2007
10             Defendant.
                                           CLERK'S NOTICE
11   _____

12

13   To all Parties and Attorneys of Record:

14   The  Status Conference set on August 31, 2007 is continued to October 5, 2007

15   at 10:30 a.m. before Judge Jeremy Fogel.  Please report at that time to courtroom 3 on the

16   5th floor of the U.S. District Court, 280 S. First St., San Jose, California.

17

18    August 23, 2007                       For the Court
                                            Richard W. Wieking, Clerk
19

20                                          By:___/s/_____
                                            Diana Munz
21                                          Courtroom Deputy Clerk

22

23

24

25

26

27

28