1  DONALD H. CRAM, III (State Bar No. 160004)
   DUANE M. GECK (State Bar No. 114823)
2  SEVERSON & WERSON
   A Professional Corporation
3  One Embarcadero Center, Suite 2600
   San Francisco, CA  94111
4  Telephone:  (415) 398-3344
   Facsimile:  (415) 956-0439
5
   Attorneys for Secured Creditor
6  WELLS FARGO FINANCIAL ACCEPTANCE

7                   UNITED STATES DISTRICT COURT
8              FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                          SAN JOSE DIVISION

10 | In re:                          ) No.  C07-02851-JF
11 |                                 )
   | LETICIA I. ACAYA,               )
12 |                                 ) **APPELLANT'S STATUS**
   |         Debtor.                 ) **CONFERENCE STATEMENT**
13 |                                 )
   | _____ )
14 |                                 )
   | WELLS FARGO FINANCIAL           ) Status Conference -
15 | ACCEPTANCE,                     )
   |                                 ) Date:  October 5, 2007
16 |         Appellant,              ) Time:  10:30 a.m.
   | v.                              ) Place: Courtroom 3
17 |                                 ) Judge: The Honorable Jeremy Fogel
   | LETICIA I. ACAYA,               )
18 |                                 )
   |         Appellee.               )
19 | _____ )

20         In connection with its appeal from the U.S. Bankruptcy Court for the
21 Northern District of California's Order filed May 18, 2007, Appellant, WELLS
22 FARGO FINANCIAL ACCEPTANCE ("Wells Fargo"), submits this status
23 conference statement respectfully showing the Court as follows:
24         1.    On July 17, 2007, the Court entered an Order granting the joint request
25               for certification of this appeal directly to the Ninth Circuit Court of
26               Appeals.
27
28
_____
   10749/0929/643630.1                              STATUS CONFERENCE STATEMENT
                                                                      *In re Acaya*
                                                              Case No. C07-02851-JF

1    2.   On September 27, 2007, the parties submitted a Joint Petition for Authorization of Direct Appeal ("Joint Petition") with the Ninth Circuit Court of Appeals (Case No. 07-80171).

2    3.   The Ninth Circuit Court of Appeals has yet to rule of the Joint Petition.

3    4.   Appellant request that the Court continue the status conference so as to afford the Ninth Circuit Court of Appeals the opportunity to rule on the Joint Petition.

DATED: October 1, 2007

                        SEVERSON & WERSON
                        A Professional Corporation

                        By:  /s/ Donald H. Cram, III
                              Donald H. Cram, III

                        Attorneys for Appellant
                        WELLS FARGO FINANCIAL
                        ACCEPTANCE