```
 1  LAW OFFICES OF
    RODNEY M. KLEMAN
 2  RODNEY M. KLEMAN #55808
    SHIAN MACLEAN #133765
 3  JOHN C. BREWER #111192
    400 Camino El Estero
 4  Monterey, CA  93940
    Tel: (831) 649-0200
 5
    Attorney for Appellee
 6
 7
 8              UNITED STATES DISTRICT COURT
 9              NORTHERN DISTRICT OF CALIFORNIA
10              SAN JOSE DIVISION
11
12                                  No. C07-02851-JF
    In re:  LETICIA I. ACAYA,
13                                  APPELLEE'S STATUS
            Debtor                  CONFERENCE STATEMENT
14  _____/
                                    Status Conference:
15  WELLS FARGO FINANCIAL
    ACCEPTANCE,                     Date:   October 5, 2007
16                                  Time:   10:30 A.M.
            Appellant,               Place: Courtroom 3
17  v.                              Judge: The Honorable Jeremy Fogel
18  LETICIA I. ACAYA,
19          Appellee.
    _____/
20
21      Appellee Leticia I.. Acaya submits this status conference statement respectfully showing
22  the following:
23      1. On July 17, 2007 the Court entered an Order granting the joint request for certification
24  of this appeal directly to the Ninth Circuit Court of Appeals.
25      2. On September 27, 2007 the parties submitted a Joint Petition for Authorization of
26  Direct Appeal ("Joint Petition") with the Ninth Circuit Court of Appeals (Case No. 07-80171).
27  //
28  //
```

1     3. The Ninth Circuit Court of Appeals has not yet ruled on the Joint Petition.

2     4. Appellee requests the Court continue the status conference so as to afford the Ninth Circuit Court of Appeals the opportunity to rule on the Joint Petition.

Dated: October 2, 2007

Law Offices of Rodney M. Kleman

By: /s/ Shian MacLean

Attorneys for Appellee
Leticia I. Acaya