**LAW OFFICES OF RODNEY M. KLEMAN**
RODNEY M. KLEMAN #55808
SHIAN MACLEAN #133765
JOHN C. BREWER #111192
400 Camino El Estero
Monterey, CA 93940
(831) 649-0200
(831) 649-8279 fax

Attorney for Debtor(s)

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

In re:   ACAYA, Leticia I.                     Case No.: C07-02851-JF

                                               **CERTIFICATE OF SERVICE**
          Debtor(s).
_____

I, Robert D. Williams, declare:

I am a citizen of the United States and employed in the County of Monterey, State of California. I am over the age of 18 years and not a party to the within action. My business address is 400 Camino El Estero, Monterey, California, 93940.

On this date, I served the **APPELLEE'S STATUS CONFERENCE STATEMENT** by placing a copy thereof in a sealed envelope with postage thereon fully prepaid in the United States Post Office mailbox in Monterey, California, to the addresses listed below. The Chapter 13 Trustee will receive such notice upon the electronic filing of this/these documents.

| | |
|---|---|
| Wells Fargo Financial Acceptance<br>c/o Severson & Werson, P.C.<br>Attn: Donald H. Cram, III, Esq.<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA 94111 | Office Of The U.S. Trustee/San Jose<br>United States Federal Building<br>280 South First Street, Room 268<br>San Jose, CA 95113-3004 |

//

//

| | | |
|---|---|---|
| 1 | USBC Manager - San Jose<br>US Bankruptcy Court | Arthur S. Weissbrodt<br>U.S. Bankruptcy Court |
| 2 | 280 South First Street, Room 3035<br>San Jose, CA  95113 | 280 South First Street, Room 3035<br>San Jose, CA  95113 |
| 3 | | |
| 4 | Marilyn Morgan<br>U.S. Bankruptcy Court | Severson & Werson, P.C.<br>Attn: Duane M. Geck, Esq. |
| 5 | 280 South First Street, Room 3035<br>San Jose, CA  95113 | One Embarcadero Center, Suite 2600<br>San Francisco, CA  94111 |
| 6 | Haynes & Bonnie, LLP<br>Attn: David G. Epstein, Esq. | |
| 7 | 901 Main Street<br>Dallas, TX  75202 | |

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Monterey, California on October 3, 2007.

                                                      /s/ Robert D. Williams
                                                      ROBERT D. WILLIAMS