1
2
3              UNITED STATES DISTRICT COURT
4          FOR THE NORTHERN DISTRICT OF CALIFORNIA
5                    SAN JOSE DIVISION
6
7
LETICIA ACAYA,                          Case Number CV-07-2851-JF
8            Plaintiff,
   V.                                   Status Conference
9
WELLS FARGO FINANCIAL,                  January 11, 2008
10            Defendant.
                                        CLERK'S NOTICE
11 _____
12
13 To all Parties and Attorneys of Record:
14 The  Status Conference set on October 5, 2007 is continued to January 11, 2008
15 at 10:30 a.m. before Judge Jeremy Fogel.  Please report at that time to courtroom 3 on the
16 5th floor of the U.S. District Court, 280 S. First St., San Jose, California.
17
18  October 4, 2007                        For the Court
                                          Richard W. Wieking, Clerk
19
20                                        By:___/s/_____
                                          Diana Munz
21                                        Courtroom Deputy Clerk
22
23
24
25
26
27
28