1  DONALD H. CRAM, III (State Bar No. 160004)
   DUANE M. GECK (State Bar No. 114823)
2  SEVERSON & WERSON
   A Professional Corporation
3  One Embarcadero Center, Suite 2600
   San Francisco, CA 94111
4  Telephone: (415) 398-3344
   Facsimile: (415) 956-0439
5
   Attorneys for Appellant
6  WELLS FARGO FINANCIAL ACCEPTANCE

7                  UNITED STATES DISTRICT COURT
8              FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                         SAN JOSE DIVISION

10 | In re:                          | ) | No. C07-02851-JF
11 |                                 | )
   | LETICIA I. ACAYA,               | ) | **APPELLANT'S STATUS**
12 |                                 | ) | **CONFERENCE STATEMENT**
   |         Debtor.                 | )
13 |                                 | )
   | _____ | )
14 |                                 | )
   | WELLS FARGO FINANCIAL           | ) | Status Conference -
15 | ACCEPTANCE,                     | )
   |                                 | ) | Date: January 11, 2008
16 |         Appellant,              | ) | Time: 10:30 a.m.
   | v.                              | ) | Place: Courtroom 3
17 |                                 | ) | Judge: The Honorable Jeremy Fogel
   | LETICIA I. ACAYA,               | )
18 |                                 | )
   |         Appellee.               | )
19 | _____ | )

20
        In connection with its appeal from the U.S. Bankruptcy Court for the
21
   Northern District of California's Order filed May 18, 2007, Appellant, WELLS
22
   FARGO FINANCIAL ACCEPTANCE ("Wells Fargo"), submits this status
23
   conference statement respectfully showing the Court as follows:
24
        1.    On July 17, 2007, the Court entered an Order granting the joint request
25
              for certification of this appeal directly to the Ninth Circuit Court of
26
              Appeals.
27

28
_____
10749/0929/652110.1                             STATUS CONFERENCE STATEMENT
                                                                 *In re Acaya*
                                                       Case No. C07-02851-JF

2. On September 27, 2007, the parties submitted a Joint Petition for Authorization of Direct Appeal ("Joint Petition") with the Ninth Circuit Court of Appeals (Case No. 07-80171).

3. On October 4, 2007, the Court continued the Status Conference scheduled for October 5, 2007, to January 11, 2008 to allow time for the Ninth Circuit to rule on the Joint Petition.

4. The Ninth Circuit Court of Appeals still has yet to rule on the Joint Petition.

5. Appellant request that the Court continue the status conference once again so as to afford the Ninth Circuit Court of Appeals the opportunity to rule on the Joint Petition.

DATED: December 14, 2007

                              SEVERSON & WERSON
                              A Professional Corporation


                              By:  /s/ Donald H. Cram, III
                                    Donald H. Cram, III

                              Attorneys for Appellant
                              WELLS FARGO FINANCIAL ACCEPTANCE