| | |
|---|---|
| 1 | DONALD H. CRAM, III (State Bar No. 160004) |
| | DUANE M. GECK (State Bar No. 114823) |
| 2 | SEVERSON & WERSON |
| | A Professional Corporation |
| 3 | One Embarcadero Center, Suite 2600 |
| | San Francisco, CA  94111 |
| 4 | Telephone:  (415) 398-3344 |
| | Facsimile:  (415) 956-0439 |
| 5 | |
| | Attorneys for Appellant |
| 6 | WELLS FARGO FINANCIAL ACCEPTANCE |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | | |
|---|---|---|---|
| In re: | ) | No.  C07-02851-JF | |
| | ) | | |
| LETICIA I. ACAYA, | ) | | |
| | ) | | |
| Debtor. | ) | **CERTIFICATE OF SERVICE** | |
| | ) | | |
| _____ | ) | | |
| | ) | | |
| WELLS FARGO FINANCIAL ACCEPTANCE, | ) | Status Conference - | |
| | ) | | |
| | ) | Date:  January 11, 2008 | |
| Appellant, | ) | Time:  10:30 a.m. | |
| v. | ) | Place:  Courtroom 3 | |
| | ) | Judge:  The Honorable Jeremy Fogel | |
| LETICIA I. ACAYA, | ) | | |
| | ) | | |
| Appellee. | ) | | |
| _____ | ) | | |

I, the undersigned, declare that I am over the age of 18 and am not a party to this action.  I am employed in the City and County of San Francisco, California; my business address is Severson & Werson, One Embarcadero Center, Suite 2600, San Francisco, California 94111.

On the date below, I served a copy, with all exhibits (if any), of the following document(s):

- **APPELLANT'S STATUS CONFERENCE STATEMENT**

on all interested parties in said case addressed as follows:

10749/0000/600824.1

```
 1    Shian MacLean, Esq.
      Law Offices of Rodney M. Kleman
 2    400 Camino El Estero
      Monterey, CA 93940
 3
 4    [X] (BY MAIL)  I caused an envelope to be deposited in the mail at San Francisco, California,
 5    with first class postage thereon fully prepaid.
 6           I am readily familiar with Severson & Werson's practice of collecting and processing
 7    correspondence for mailing.  On the same day that correspondence is placed for collection and
 8    mailing, it is deposited in the ordinary course of business with the United States Postal Service in
 9    sealed envelopes with first class postage fully prepaid.
10           I declare under penalty of perjury under the laws of the United States of America that the
11    foregoing is true and correct.  This declaration is executed in San Francisco, California, on
12    December 14, 2007.
13
14                                       /s/ John Bertinetti
                                         John Bertinetti
15
16
17
18
19
20
21
22
23
24
25
26
27
28    10749/0000/600824.1
```