**FILED**
2007 DEC 26 P 2: 53
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
ND DIST OF CA. S.J.

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
DEC 21 2007
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

LETICIA I. ACAYA,

    Petitioner - Appellant,

v.

WELLS FARGO FINANCIAL ACCEPTANCE,

    Respondent - Appellee.

No. 07-80171

D.C. No. CV-07-02851-JF
Bankruptcy Court No. 06-51741-MM
Northern District of California,
San Jose

ORDER

Before: REINHARDT and W. FLETCHER, Circuit Judges.

The joint petition for authorization of direct appeal pursuant to 28 U.S.C. § 158(d) is denied.

The Clerk shall serve this order on the United States Bankruptcy Court for the Northern District of California, San Jose Division, and on the United States District Court for the Northern District of California, San Jose Division.

**DENIED.**

S:\MOATT\Panelord\12-17-07\orders\st2\07-80171.wpd

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

DEC 21 2007

by: [signature]
Deputy Clerk

INTERNAL USE ONLY: Proceedings include all events.
07-80171 Acaya v. Wells Fargo Finan

LETICIA I. ACAYA                    Rodney Michael Kleman
    Petitioner - Appellant        831/649-0200
                                    [COR LD NTC ret]
                                    400 Camino El Estero
                                    Monterey, CA 93940

  v.

WELLS FARGO FINANCIAL               David G. Epstein, Esq.
ACCEPTANCE                          214/651-5459
    Respondent - Appellee        [COR LD NTC ret]
                                    HAYNES & BOONE
                                    901 Main Street
                                    Dallas, TX 75202-3714