**LAW OFFICES OF**
**RODNEY M. KLEMAN**
RODNEY M. KLEMAN #55808
SHIAN MACLEAN #133765
JOHN C. BREWER #111192
CHRISTOPHER ALLIOTTS #161302
400 Camino El Estero
Monterey, CA  93940
Tel: (831) 649-0200

Attorney for Appellee

<br>

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| In re:   LETICIA I. ACAYA,<br><br>         Debtor<br>_____/<br>WELLS FARGO FINANCIAL ACCEPTANCE,<br><br>         Appellant,<br>v.<br><br>LETICIA I. ACAYA,<br><br>         Appellee.<br>_____/ | No. C07-02851-JF<br><br>**APPELLEE'S STATUS CONFERENCE STATEMENT**<br><br>Status Conference Date: March 7, 2008<br>Time:  10:30 A.M.<br>Place: Courtroom 3<br>Judge: The Honorable Jeremy Fogel |

   Appellee Leticia I.. Acaya submits this status conference statement respectfully showing the following:

   1. On December 21, 2007 the United States Court of Appeals for the Ninth Circuit entered an Order denying the joint petition for authorization of direct appeal to the Ninth Circuit Court of Appeals.

//

//

2. Appellee will be prepared to agree to a briefing schedule at the time of the Status Conference on March 7, 2008.

Dated:  February 21, 2008

                                  Law Offices of Rodney M. Kleman

                                  By:  /s/ Shian MacLean

                                  Attorneys for Appellee
                                  Leticia I. Acaya