DONALD H. CRAM, III (State Bar No. 160004)
DUANE M. GECK (State Bar No. 114823)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Telephone:  (415) 398-3344
Facsimile:  (415) 956-0439

Attorneys for Appellant
WELLS FARGO FINANCIAL ACCEPTANCE

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>LETICIA I. ACAYA,<br><br>　　　　Debtor.<br>_____<br><br>WELLS FARGO FINANCIAL ACCEPTANCE,<br><br>　　　　Appellant,<br>v.<br><br>LETICIA I. ACAYA,<br><br>　　　　Appellee.<br>_____ | No.  C07-02851-JF<br><br>**APPELLANT'S STATUS CONFERENCE STATEMENT**<br><br><br>Status Conference -<br><br>Date:  March 7, 2008<br>Time:  10:30 a.m.<br>Place:  Courtroom 3<br>Judge:  The Honorable Jeremy Fogel |

  In connection with its appeal from the U.S. Bankruptcy Court for the Northern District of California's Order filed May 18, 2007, Appellant, WELLS FARGO FINANCIAL ACCEPTANCE ("Wells Fargo"), submits this status conference statement respectfully showing the Court as follows:

  1. On July 17, 2007, the Court entered an Order granting the joint request for certification of this appeal directly to the Ninth Circuit Court of Appeals.

1  2. On September 27, 2007, the parties submitted a Joint Petition for Authorization of Direct Appeal ("Joint Petition") with the Ninth Circuit Court of Appeals (Case No. 07-80171).

3. On October 4, 2007, the Court continued the Status Conference scheduled for October 5, 2007, to January 11, 2008 to allow time for the Ninth Circuit to rule on the Joint Petition.

4. On December 19, 2007, the Court continued the Status Conference scheduled for January 11, 2008, to March 7, 2008, again, to allow time for the Ninth Circuit to rule on the Joint Petition.

5. On December 21, 2008, the Ninth Circuit denied the Joint Petition.

6. Appellant proposes the following briefing schedule:

   a. Wells Fargo will submit its opening brief on or before March 19, 2008;

   b. Acaya will submit her opening brief on or before April 18, 2008;

   c. Wells Fargo will submit its reply brief on or before May 2, 2008.

7. Appellant request that the Court adopt the proposed briefing schedule.

DATED: February 21, 2008

SEVERSON & WERSON
A Professional Corporation

By: /s/ Donald H. Cram, III
Donald H. Cram, III

Attorneys for Appellant
WELLS FARGO FINANCIAL ACCEPTANCE