FILE BY FAX

Fee Paid

FILED

2008 MAR 4 P 3: 02

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

1  DONALD H. CRAM, III (State Bar No. 160004)
   DUANE M. GECK (State Bar No. 114823)
2  SEVERSON & WERSON
   A Professional Corporation
3  One Embarcadero Center, Suite 2600
   San Francisco, CA 94111
4  Telephone: (415) 398-3344
   Facsimile: (415) 956-0439
5
   DAVID G. EPSTEIN
6  HAYNES AND BOONE, LLP
   901 Main Street, Suite 3100
7  Dallas, TX 75202
   Telephone: (214) 651-5459
8  Facsimile: (214) 200-0947

9  Attorneys for Appellant
   WELLS FARGO FINANCIAL ACCEPTANCE
10

11                     UNITED STATES DISTRICT COURT

12                FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                             SAN JOSE DIVISION

14  In re:                              )  Case No. C07-02851-JF
                                        )
15  LETICIA I. ACAYA,                   )  APPLICATION FOR ADMISSION OF
                                        )  ATTORNEY *PRO HAC VICE*
16          Debtor.                     )
                                        )
17  _____)
                                        )
18  WELLS FARGO FINANCIAL               )
    ACCEPTANCE,                         )
19                                      )
            Appellant,                  )
20  v.                                  )
                                        )
21  LETICIA I. ACAYA,                   )
                                        )
22          Appellee.                   )
    _____)
23

24
            Pursuant to Civil L.R. 11-3, David G. Epstein, with the law firm of Haynes and Boone,
25
    LLP, who is an active member in good standing of the bar of the United States District Court for
26
    the Northern District of Texas, hereby applies for
27

28

10749/0929/634212.1                              Application for Admission of Attorney *Pro Hac Vice*
                                                                                       *In re Acaya*
                                                                              Case No. C07-02851-JF

admission to practice in the Northern District of California on a *pro hac vice* basis representing Appellant, Wells Fargo Financial Acceptance in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a Untied States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above entitled action. The name, address and telephone number of that attorney is:

Donald H. Cram, III
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: 415-398-3344

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 29, 2008

HAYNES AND BOONE, LLP

BY: David G. Epstein

```
Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 54611002708
Cashier ID: harwellt
Transaction Date: 03/04/2008
Payer Name: Williams Cole, Inc
----------------------------------------
PRO HAC VICE
 For: David G. Epstein
 Case/Party: D-CAN-5-08-AT-PROHAC-001
 Amount:       $210.00
----------------------------------------
CHECK
 Check/Money Order Num: 16392
 Amt Tendered:  $210.00
----------------------------------------
Total Due:      $210.00
Total Tendered: $210.00
Change Amt:     $0.00

Case # 07-2851-JF


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```