FILE BY FAX

FILED
2008 MAR 14 P 3:02
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

1  DONALD H. CRAM, III (State Bar No. 160004)
   DUANE M. GECK (State Bar No. 114823)
2  SEVERSON & WERSON
   A Professional Corporation
3  One Embarcadero Center, Suite 2600
   San Francisco, CA 94111
4  Telephone: (415) 398-3344
   Facsimile: (415) 956-0439
5
   DAVID G. EPSTEIN
6  HAYNES AND BOONE, LLP
   901 Main Street, Suite 3100
7  Dallas, TX 75202
   Telephone: (214) 651-5459
8  Facsimile: (214) 200-0947

9  Attorneys for Appellant
   WELLS FARGO FINANCIAL ACCEPTANCE
10

C/OF

11              UNITED STATES DISTRICT COURT
12          FOR THE NORTHERN DISTRICT OF CALIFORNIA
13                    SAN JOSE DIVISION

14 | In re:                        ) Case No. C07-02851-JF
                                   )
15 | LETICIA I. ACAYA,              ) **CERTIFICATE OF SERVICE**
                                   )
16 |     Debtor.                    )
                                   )
17 |_____)
                                   )
18 | WELLS FARGO FINANCIAL           )
   | ACCEPTANCE,                    )
19 |                                )
   |          Appellant,            )
20 | v.                             )
                                   )
21 | LETICIA I. ACAYA,              )
                                   )
22 |          Appellee.             )
   |_____)
23

24     I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I
25 am employed in the City and County of San Francisco, California; my business address is
26 Severson & Werson, One Embarcadero Center, Suite 2600, San Francisco, California 94111.
27
28 10749/0929/661235.1

Acaya 10749-929                OTP Certificate of Service                          page 1

1   On the date below, I served a copy, with all exhibits (if any), of the following

2   document(s):

3   • **APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

4   • (proposed) **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

6   on all interested parties in said case addressed as follows:

7   Shian MacLean, Esq.
    Law Offices of Rodney M. Kleman
8   400 Camino El Estero
    Monterey, CA 93940

10  [X] **(BY MAIL)** I caused an envelope to be deposited in the mail at San Francisco, California,

11  with first class postage thereon fully prepaid.

12  I am readily familiar with Severson & Werson's practice of collecting and processing

13  correspondence for mailing. On the same day that correspondence is placed for collection and

14  mailing, it is deposited in the ordinary course of business with the United States Postal Service in

15  sealed envelopes with first class postage fully prepaid.

16  I declare under penalty of perjury under the laws of the United States of America that the

17  foregoing is true and correct. This declaration is executed in San Francisco, California, on March

18  4, 2008.

                                        _____
                                        John Bertinetti

28  10749/0929/661235.1

Acaya 10749-929                 OTP Certificate of Service                        page 2