1  DONALD H. CRAM, III (State Bar No. 160004)
   DUANE M. GECK (State Bar No. 114823)
2  SEVERSON & WERSON
   A Professional Corporation
3  One Embarcadero Center, Suite 2600
   San Francisco, CA 94111
4  Telephone: (415) 398-3344
   Facsimile: (415) 956-0439
5
   DAVID G. EPSTEIN
6  HAYNES AND BOONE, LLP
   901 Main Street, Suite 3100
7  Dallas, TX 75202
   Telephone: (214) 651-5459
8  Facsimile: (214) 200-0947

9  Attorneys for Appellant
   WELLS FARGO FINANCIAL ACCEPTANCE
10

Filed
MAR 1 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

11                UNITED STATES DISTRICT COURT

12           FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                       SAN JOSE DIVISION

14  In re:                          )  Case No. C07-02851-JF
                                    )
15  LETICIA I. ACAYA,                )  (Proposed)
                                    )  ORDER GRANTING APPLICATION
16        Debtor.                   )  FOR ADMISSION OF ATTORNEY *PRO*
                                    )  *HAC VICE*
17  _____  )
                                    )
18  WELLS FARGO FINANCIAL           )
    ACCEPTANCE,                     )
19                                  )
         Appellant,                 )
20  v.                              )
                                    )
21  LETICIA I. ACAYA,               )
                                    )
22        Appellee.                 )
                                    )
23  _____

24      David G. Epstein, an active member in good standing of the bar of the United States

25  District Court for the Northern District of Texas, whose business address and telephone number

26  is:

27

28  10749/0929/634217.1

Order Granting Application for Admission of
Attorney *Pro Hac Vice*
*In re Acaya*
Case No. C07-02851-JF

| | |
|---|---|
| 1 | David G. Epstein |
| | HAYNES AND BOONE, LLP |
| 2 | 901 Main Street, Suite 3100 |
| | Dallas, TX 75202 |
| 3 | Telephone: (214) 651-5459 |
| | Facsimile: (214) 200-0947 |

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Appellant, Wells Fargo Financial Acceptance, in the above-entitled action, and for good cause appearing,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 3-14-08

JEREMY FOGEL
United States District Judge

10749/0929/634217.1                       - 2 -                Order Granting Application for Admission of
                                                                              Attorney *Pro Hac Vice*
                                                                                    *In re Acaya*
                                                                              Case No. C07-02851-JF