Case No. C07-02851-JF

# United States District Court
# Northern District of California
# San Jose Division

---

**WELLS FARGO FINANCIAL CALIFORNIA, INC.,
SUCCESSOR BY MERGER TO WELLS FARGO FINANCIAL
ACCEPTANCE CALIFORNIA, INC.,**

*Appellant,*

vs.

LETICIA I. ACAYA,

*Appellee.*

---

# Record On Appeal

---

Appeal from an Order of the United States Bankruptcy Court for the Northern District of
California, San Jose Division (Case No. 06-51741 MM),
on Objection to Confirmation of Chapter 13 Plan

The Honorable Marilyn Morgan, United States Bankruptcy Judge

---

| | |
|---|---|
| DAVID G. EPSTEIN (PRO HAC VICE) | DONALD H. CRAM, III (SBN 160004) |
| HAYNES AND BOONE, LLP | SEVERSON & WERSON |
| 901 Main Street, Suite 3100 | A Professional Corporation |
| Dallas, TX 75202-3789 | One Embarcadero Center, 26th Floor |
| Telephone: (214) 651-5000 | San Francisco, CA 94111-3600 |
| | Telephone: (415) 398-3344 |

Attorneys for Appellant
**Wells Fargo Financial California, Inc.**

10749/0929/662563.1

# INDEX

*Page*

Tab 1 - Chapter 13 Plan .................................................................................... 1-7

Tab 2 - Objection to Confirmation of Plan ........................................................ 8-13

Tab 3 - Pre-Hearing Statement ......................................................................... 14-16

Tab 4 - Memorandum of Points and Authorities in Opposition of Objection to
    Confirmation of Plan ............................................................................. 17-53

Tab 5 - Notice of Hearing ................................................................................. 54-55

Tab 6 - Pre-Hearing Statement ......................................................................... 56-58

Tab 7 - Brief/Memorandum in Support of Objection to Confirmation of Plan  59-68

Tab 8 - Transcript of Hearing on Objection to Confirmation of Plan ............... 69-75

Tab 9 - Opinion and Order on Objection to Confirmation of Chapter 13 Plan  76-85

Tab 10 - Notice of Appeal to District Court ..................................................... 86-98

## PROOF OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City and County of San Francisco, California; my business address is Severson & Werson, One Embarcadero Center, Suite 2600, San Francisco, CA 94111.

On the date below I served copies of the **Record on Appeal** on all interested parties and courts in said case addressed as follows:

Shian MacLean
Law Offices of Rodney M. Kleman
400 Camino El Estero
Monterey, CA 93940

By placing the envelope for collection and mailing following ordinary business practices. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in San Francisco, California in sealed envelopes with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. This declaration is executed in San Francisco, California, on March 19, 2008.

                                                      /s/ Bill Bush
                                                        Bill Bush