**Record on Appeal – Tab 5**

LAW OFFICES OF
**RODNEY M. KLEMAN**
RODNEY M. KLEMAN #55808
SHIAN MACLEAN #133765
TREVOR R. MIRKES #224261
400 Camino El Estero
Monterey, CA 93940
Tel: (831) 649-0200
Fax: (831) 649-8279

Attorney for Debtor(s)

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: ACAYA, Leticia | Case No: 06-51741 MM<br>Chapter 13 |
| | **NOTICE OF HEARING ON OBJECTION TO CONFIRMATION OF PLAN BY CREDITOR WELLS FARGO FINANCIAL** |
| Debtor(s). | Date: February 16, 2007<br>Time: 10:00 A.M.<br>Judge: Honorable Marilyn Morgan<br>Place: U.S. Bankruptcy Court<br>The Quadrangle, Room 214<br>1000 S. Main Street, Salinas, CA |

**NOTICE IS HEREBY GIVEN** that on February 16, 2007, at 10:00 A.M. in the U.S. Bankruptcy Court at The Quadrangle, Room 214, 1000 S. Main Street, Salinas, California, Debtor Leticia Acaya, by her attorney Trevor R. Mirkes of The Law Offices Of Rodney M. Kleman, will and does hereby move the Court for an Order Overruling the Objection to Confirmation of Plan filed by Wells Fargo Financial.

//
//

1  Debtor seeks a determination by the Court that Wells Fargo Financial is not entitled to the
2  contract balance owed for Debtor's vehicle under the Bankruptcy Code and applicable state law due
3  to the inclusion of antecedent debt in the purchase contract.
4
5  Date:  January 26, 2007                    /s/ Trevor R. Mirkes #224261
                                              TREVOR R. MIRKES