**UNITED STATES DISTRICT COURT**
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Status Conference, March 28, 2008
**Case Number:** CV-07-2851-JF

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

TITLE:          LETICIA ACAYA   V.  WELLS FARGO FINANCIAL ACCEPTANCE

           **PLAINTIFF**                                    **DEFENDANT**

**Attorneys Present:** Shian MacLean            **Attorneys Present:** Donald Cram

---

PROCEEDINGS:
Status conference held. Parties are present. The Court sets the briefing schedule as follows: Acaya shall file their opening brief by 4/25/08 and Wells Fargo shall file their reply by 5/9/08. No oral argument is set.