1  **LAW OFFICES OF RODNEY M. KLEMAN**
   RODNEY M. KLEMAN #55808
2  SHIAN MACLEAN #133765
   JOHN C. BREWER #111192
3  SARAH J. BOUHABEN #148361
   SAMUEL A. MAVERICK #235910
4  400 Camino El Estero
   Monterey, CA  93940
5  (831) 649-0200
   (831) 649-8279 fax
6
7  Attorney for Debtor(s)
8
                    **UNITED STATES DISTRICT COURT**
9
                **NORTHERN DISTRICT OF CALIFORNIA**
10
                       **SAN JOSE DIVISION**
11
12
   In re:  ACAYA, Leticia I.                Case No.:  C07-02851-JF
13
14                                           **CERTIFICATE OF SERVICE**
        Debtor(s).
15  _____
16
17     I, Robert D. Williams, declare:

18     I am a citizen of the United States and employed in the County of Monterey, State of

19  California.  I am over the age of 18 years and not a party to the within action.  My business address

20  is 400 Camino El Estero, Monterey, California, 93940.

21     On this date, I served the **APPELLEE'S BRIEF** by placing a copy thereof in a sealed

22  envelope with postage thereon fully prepaid in the United States Post Office mailbox in Monterey,

23  California, to the addresses listed below.  The Chapter 13 Trustee will receive such notice upon the

24  electronic filing of this/these documents.

    Wells Fargo Financial Acceptance        Office Of The U.S. Trustee/San Jose
25  c/o Severson & Werson, P.C.              United States Federal Building
    Attn: Donald H. Cram, III, Esq.         280 South First Street, Room 268
26  One Embarcadero Center, Suite 2600       San Jose, CA  95113-3004
    San Francisco, CA  94111
27  //
28  //

USBC Manager - San Jose
US Bankruptcy Court
280 South First Street, Room 3035
San Jose, CA  95113

Marilyn Morgan
U.S. Bankruptcy Court
280 South First Street, Room 3035
San Jose, CA  95113

Haynes & Bonnie, LLP
Attn: David G. Epstein, Esq.
901 Main Street
Dallas, TX  75202

Arthur S. Weissbrodt
U.S. Bankruptcy Court
280 South First Street, Room 3035
San Jose, CA  95113

Severson & Werson, P.C.
Attn: Duane M. Geck, Esq.
One Embarcadero Center, Suite 2600
San Francisco, CA  94111

     I declare under penalty of perjury that the foregoing is true and correct.

Executed at Monterey, California on April 25, 2008.

               /s/ Robert D. Williams
               ROBERT D. WILLIAMS