1  DONALD H. CRAM, III (State Bar No. 160004)
   DUANE M. GECK (State Bar No. 114823)
2  SEVERSON & WERSON
   A Professional Corporation
3  One Embarcadero Center, Suite 2600
   San Francisco, CA 94111
4  Telephone: (415) 398-3344
   Facsimile: (415) 956-0439
5  Email: dhc@severson.com

6  Attorneys for Appellant
   WELLS FARGO FINANCIAL CALIFORNIA, INC.
7

8              UNITED STATES DISTRICT COURT

9         FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                  SAN JOSE DIVISION

11  In re:                          )  No. C07-02851-JF
                                    )
12  LETICIA I. ACAYA,               )  **NOTICE OF SETTING ORAL
                                    )  ARGUMENT IN APPEAL**
13          Debtor.                 )
                                    )
14  _____ )
                                    )
15  WELLS FARGO FINANCIAL           )  Oral Argument -
    CALIFORNIA, INC., successor by  )
16  merger to WELLS FARGO FINANCIAL )  Date: August 29, 2008
    ACCEPTANCE CALIFORNIA, INC.,    )  Time: 9:00 a.m.
17                                  )  Place: Courtroom 3
    Appellant,                      )  Judge: The Honorable Jeremy Fogel
18  v.                              )
                                    )
19  LETICIA I. ACAYA,               )
                                    )
20  Appellee.                       )
    _____ )
21                                  )

22

23       TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

24       PLEASE TAKE NOTICE that at 9:00 a.m. on August 29, 2008, in Courtroom

25  3 of the above-captioned Court, located on the fifth floor at 280 S. First Street, San

26  Jose, California, the Court shall hear oral argument in connection with Wells Fargo

27

28
   _____
   10749/0929/676233.1                      NOTICE OF SETTING ORAL
                                            ARGUMENT IN APPEAL
                                            *In re Acaya*
                                            Case No. C07-02851-JF

1  FinancialCalifornia,Inc.'sappealfromtheUnited    StatesBankruptcyCourtforthe

2  NorthernDistrictofCalifornia'sOrderfiledMay1    8,2007.

3

4  DATED:June19,2008

5                                          SEVERSON&WERSON
                                            AProfessionalCorporation
6

7
                                            By: _____
8                                           DonaldH.Cram,III

9                                           AttorneysforAppellant
                                            WELLSFARGOFINANCIAL
10                                          CALIFORNIA,INC.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  10749/0929/676233.1                    -2-                        NOTICEOFSETTINGORAL
                                                                     ARGUMENTINAPPEAL
                                                                     *InreAcaya*
                                                                     CaseNo.C07-02851-JF

1

<u>CERTIFICATEOFSERVICE</u>

2

    I,theundersigned,declarethatIamovertheage      of18andamnotapartytothisaction.I amemployedintheCityofSanFrancisco,Californi      a;mybusinessaddressisSeverson&Werson,

3

OneEmbarcaderoCenter,Suite2600,SanFrancisco,      CA94111.

4

    OnthedatebelowIservedacopy,withallexhibit      s,ofthefollowingdocument(s):

5

**NOTICEOFSETTINGORALARGUMENTINAPPEAL**

6

onallinterestedpartiesinsaidcaseaddressedas      follows:

7

ShianMacLean,Esq.                    DevinDerham-Burk
LawOfficesofRodneyM.Kleman            Chapter13Trustee

8

400CaminoElEstero                    PostOfficeBox50013
Monterey,CA93940                      SanJose,CA95150-0013

9

10

LeticiaI.Acaya
10540GeilStreet
Castroville,CA95012

11

12

**X (BYMAIL)**   Byplacingtheenvelopeforcollectionandmailing      followingourordinarybusiness practices.Iamreadilyfamiliarwiththefirm'ssp      racticeofcollectingandprocessing correspondenceformailing.Onthesamedaythatc      orrespondenceisplacedforcollectionand

13

mailing,itisdepositedintheordinarycourseof      businesswiththeUnitedStatesPostalServicein SanFrancisco,Californiainsealedenvelopeswith      postagefullyprepaid.

14

15

    IdeclareunderpenaltyofperjuryunderthelawsotheUnitedStatesofAmericathatthe foregoingistrueandcorrect.IdeclarethatIam      employedintheofficeofamemberoftheBarof thisCourtatwhosedirectiontheservicewasmade.      ThisdeclarationisexecutedinSanFrancisco,

16

California,onJune19,2008.

17

      /s/
      YvonneColeman

18

19

20

21

22

23

24

25

26

27

28

10749/0929/676233.1                          -3-                          NOTICEOFSETTINGORAL
ARGUMENTINAPPEAL
*InreAcaya*
CaseNo.C07-02851-JF