UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LETICIA ACAYA,<br>　　　　Plaintiff,<br>V.<br>WELLS FARGO FINANCIAL,<br>　　　　Defendant. | Case Number CV-07-2851-JF<br><br>Oral Argument on Bankruptcy Appeal<br><br>September 26, 2008<br><br>CLERK'S NOTICE |

To all Parties and Attorneys of Record:

The Oral Argument set on October 24, 2008 is re-set on September 26, 2008 at 9:00 a.m. before Judge Jeremy Fogel. Please report at that time to courtroom 3 on the 5th floor of the U.S. District Court, 280 S. First St., San Jose, California.

September 17, 2008　　　　　　　　　　For the Court
　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk


　　　　　　　　　　　　　　　　　　By:　/s/
　　　　　　　　　　　　　　　　　　Diana Munz
　　　　　　　　　　　　　　　　　　Courtroom Deputy Clerk