LAW OFFICES OF
**RODNEY M. KLEMAN**
RODNEY M. KLEMAN #55808
SHIAN MACLEAN #133765
JOHN C. BREWER #111192
400 Camino El Estero
Monterey, CA  93940
Tel: (831) 649-0200

**E-Filed 9/25/08**

Attorney for Appellee

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

In re:   LETICIA I. ACAYA,

      Debtor
_____/

WELLS FARGO FINANCIAL ACCEPTANCE,

      Appellant,

v.

LETICIA I. ACAYA,

      Appellee.
_____/

No. C07-02851-JF

**ORDER OF DISMISSAL OF APPEAL AS MOOT**

Date Set for Oral Argument:
    September 26, 2008
Time:  9:00 A.M.
Place: Courtroom 3
Judge: The Honorable Jeremy Fogel

    The Stipulation For Dismissal of Appeal executed by the attorneys of record for Appellee Leticia I.. Acaya and Appellant Wells Fargo Financial Acceptance having been reviewed by the Court, and good cause appearing,

    IT IS HEREBY ORDERED that the Appeal of the Bankruptcy Court decision known as <u>In re Acaya</u>, 369 B.R. 570, (Bankr. N.D. Cal. 2007) is dismissed as moot.

Date: September 2̶4̶ 25, 2008

_____
The Honorable Jeremy Fogel

<u>Clerks Service List</u>

The Law Offices Of Rodney M. Kleman
Attn: Shian MacLean Esq.
400 Camino El Estero
Monterey, CA  93940

The Office Of Devin Derham-Burk
Standing Chapter 13 Trustee
P.O. Box 50013
San Jose, CA  95150-0013

Wells Fargo Financial Acceptance
c/o Severson & Werson, P.C.
Attn: Donald H. Cram, III, Esq.
One Embarcadero Center, Suite 2600
San Francisco, CA  94111

USBC Manager - San Jose
U.S. Bankruptcy Court
280 South First Street, Room 3035
San Jose, CA  95113

Marilyn Morgan
U.S. Bankruptcy Court
280 South First Street, Room 3035
San Jose, CA  95113

Haynes & Bonnie, LLP
Attn: David G. Epstein, Esq.
901 Main Street
Dallas, TX  75202

Office Of The US Trustee/San Jose
United STates Federal Building
280 South First Street, Suite 268
San Jose, CA  95113

Arthur S. Weissbrodt
U.S. Bankruptcy Court
280 South First Street, Room 3035
San Jose, CA  95113

Severson & Werson, P.C.
Attn: Duane M. Geck, Esq.
One Embarcadero Center, Suite 2600
San Francisco, CA  94111